```
1  LEE A. MORRISON (SBN #95676)
   Union Bank of California Building
2  530 "B" Street, Suite 1410
3  San Diego, CA 92101-4479
   Tel: (619) 235-2133
4  Fax: (619) 235-4508

5  Attorney for Defendant
6  CRESCENT ELECTRIC SUPPLY COMPANY
```

FILED

08 FEB -8 PM 4:12

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: cf          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MONTIEL, an individual, | No. 08CV0243DMSCAB |
| Plaintiff, | **CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |
| vs. | |
| CRESCENT ELECTRIC SUPPLY COMPANY, a corporation; and DOES 1 through 25, inclusive, | |
| Defendants. | |

Deborah Seiter certifies and declares as follows;

I am over the age of 18 years and not a party to this action.

My business address is the law offices of LEE A. MORRISON, 530 "B" Street, Suite 1410, San Diego, California 92101-4479, which is located in the city, county and state where the mailing described below took place.

On February 7, 2008, I deposited in the United States Mail at San Diego, California, a copy of the Notice to Adverse Party of Removal to Federal Court dated February 7, 2008, a copy

///

///

///

Crescent – USDC POS.doc

1

CERTIFICATE OF SERVICE OF NOTICE
TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

1 | of which is attached to this Certificate.

2 |     I declare under penalty of perjury that the foregoing is true and correct.

3 | Executed on this _7_ day of February, 2008.

```
                                    _____
                                    Deborah Seiter
```

*Lee A. Morrison*
530 "B" Street, Suite 1410
San Diego, CA 92101-4479
(619) 235-2133

Crescent – USDC POS.doc

2

**CERTIFICATE OF SERVICE OF NOTICE
TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

```
 1  LEE A. MORRISON (SBN #95676)
    Union Bank of California Building
 2  530 "B" Street, Suite 1410
    San Diego, CA  92101-4479
 3  Tel: (619) 235-2133
 4  Fax: (619) 235-4508

 5

 6  Attorney for Defendant
    CRESCENT ELECTRIC SUPPLY COMPANY
 7
```

*Lee A. Morrison*
530 "B" Street, Suite 1410
San Diego, CA 92101-4479
(619) 235-2133

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

### NORTH COUNTY REGIONAL CENTER

| | |
|---|---|
| ELIZABETH MONTIEL, an individual, | Case No. 37-2008-00088094-CU-OE-NC |
| Plaintiff, | **NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |
| vs. | |
| CRESCENT ELECTRIC SUPPLY COMPANY, a corporation; and DOES 1 through 25, inclusive, | (Complaint filed: 1/4/08) |
| Defendants. | DEPT: N-30 |
| | JUDGE: Hon. Thomas P. Nugent |

TO PLAINTIFF ELIZABETH MONTIEL AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed in the United States District Court for the Southern District of California on February 7, 2008, as Case No. 08CV0243DMSCAB.

/ / /

/ / /

/ / /

/ / /

Crescent – NO REM.doc

1

A copy of said Notice of Removal (without exhibits) is attached to this Notice, and is served an filed herewith.

Dated: February 7, 2008

_____
LEE A. MORRISON
Attorney for Defendant
CRESCENT ELECTRIC SUPPLY COMPANY

*Lee A. Morrison*
530 "B" Street, Suite 1410
San Diego, CA 92101-4479
(619) 235-2133

Crescent – NO REM.doc

2

NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

LEE A. MORRISON (SBN #95676)
Union Bank of California Building
530 "B" Street, Suite 1410
San Diego, CA 92101-4479
Tel: (619) 235-2133
Fax: (619) 235-4508

Attorney for Defendant
CRESCENT ELECTRIC SUPPLY COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MONTIEL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CRESCENT ELECTRIC SUPPLY COMPANY, a corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | No. 08 CV 0243 DMS CAB<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b)<br>(DIVERSITY) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant CRESCENT ELECTRIC SUPPLY COMPANY, hereby removes to this Court the state court action described below.

1. On January 4, 2008, an action was commenced in the Superior Court of the State of California in and for the County of San Diego, North County Regional Center, entitled *Elizabeth Montiel vs. Crescent Electric Supply Company, et al.*, as Case No. 37-2008-00088094-CU-OE-NC. A copy of the Complaint is attached hereto as Exhibit "A".

2. The first date upon which Defendant CRESCENT ELECTRIC SUPPLY COMPANY received a copy of said Complaint was January 9, 2008 when Defendant's employee (Tracey Standen) received a copy of the said Complaint and a Summons from the said state court.

Crescent – USDC NO REM.doc

A copy of the Summons is attached hereto as Exhibit "B". The Summons and Complaint was not served on that date, nor has it ever been actually served.

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, because the face of the Complaint alleges employment-related claims giving rise to the following damages:

(a) "(l)ost wages, salary, employment benefits, and additional amounts of money (plaintiff) would have received" in the absence of the alleged unlawful conduct;

(b) the loss of "employment-related opportunities" including experience as a lighting project manager;

(c) "(e)motional and physical distress including, but not limited to, sleeplessness, worry, stress, crying, anxiety, tension, agitation, panic, depression, loneliness, feelings of helplessness, frustration, fear, isolation, being overwhelmed ..." and

(d) physical injuries including, but not limited to "headaches, high blood pressure, nausea, diarrhea, heart palpitations and hair loss."

Additionally, Plaintiff claims punitive damages.

4. Defendant is informed and believes that Plaintiff ELIZABETH MONTIEL was, and still is, a citizen of the State of California. Defendant CRESCENT ELECTRIC SUPPLY COMPANY was, at the time of the filing of this action, and still is, a corporation incorporated under the laws of the State of Delaware, having its principal place of business in the State of Illinois, and is the only Defendant that has received a Summons and Complaint in this action. (All other Defendants are fictitious defendants designated DOES 1 through 25)

///
///

5. A copy of Defendant's Answer, filed in the Superior Court action, is attached hereto as Exhibit "C".

Dated: February 6, 2008

_____
LEE A. MORRISON
Attorney for Defendant
CRESCENT ELECTRIC SUPPLY COMPANY

*Lee A. Morrison*
530 "B" Street, Suite 1410
San Diego, CA 92101-4479
(619) 235-2133

Crescent – USDC NO REM.doc

3

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b)**
**(DIVERSITY)**