JOSEPH P. ZAMPI, ESQ. # 110168
GERALD B. DETERMAN, ESQ. # 134905
CHRISTOPHER B. DeSAULNIERS, ESQ. # 213934
Law Firm of Zampi and Associates
225 Broadway, Suite 1450
San Diego, California 92101
Telephone: (619) 231-9920
Facsimile:  (619) 231-8529

Attorneys for Plaintiff,
Elizabeth Montiel

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MONTIEL, an individual, | ) Case Number: 08cv243 DMS |
| Plaintiff, | ) **DEMAND FOR JURY TRIAL** |
| vs. | ) |
| CRESCENT ELECTRIC SUPPLY COMPANY, a corporation; and DOES 1 through 25, inclusive, | ) |
| Defendants. | ) |

Plaintiff Elizabeth Montiel (hereinafter "Ms. Montiel") hereby demands trial by jury in this action.

DATED: February 21, 2008             Respectfully submitted,

LAW FIRM OF ZAMPI AND ASSOCIATES


By: /s/ Gerald B. Determan
GERALD B. DETERMAN


By: /s/ C.B. DeSaulniers
CHRISTOPHER B. DESAULNIERS
Attorneys for Plaintiff,
Elizabeth Montiel

---