JOSEPH P. ZAMPI, ESQ. # 110168
GERALD B. DETERMAN, ESQ. # 134905
CHRISTOPHER B. DeSAULNIERS, ESQ. # 213934
Law Firm of Zampi and Associates
225 Broadway, Suite 1450
San Diego, California 92101
Telephone: (619) 231-9920
Facsimile: (619) 231-8529

Attorneys for Plaintiff,
Elizabeth Montiel

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ELIZABETH MONTIEL, an individual,

Plaintiff,

vs.

CRESCENT ELECTRIC SUPPLY COMPANY, a corporation; and DOES 1 through 25, inclusive,

Defendants.

Case Number: 08cv243 DMS

**CERTIFICATE OF SERVICE FOR DEMAND FOR JURY TRIAL**

I, Krysta J. Steines, certify and declare as follows:

I am over the age of 18 years and not a party to this action. My business address is the Law Firm of Zampi and Associates, 225 Broadway, Suite 1450, San Diego, California 92101, which is located in the city, county and state wherein the mailing described below took place.

On February 21, 2008, I deposited in the United States Mail at San Diego, California, a copy of the Demand for Jury Trial, which is dated February 21, 2008 and electronically filed with the United States District Court for the Southern District of California. The copy was enclosed in a sealed envelope with postage thereon fully prepaid and addressed to:

**Lee A. Morrison**
**Union Bank of California Building**
**530 "B" Street, Suite 1410**
**San Diego, CA 92101-4479**

////

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 21, 2008, at San Diego, California.

KRYSTA J. STEINES