**EXHIBIT B**

# California Business Portal
## Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of FEB 15, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation ||||
|---|---|---|---|
| CRESCENT ELECTRIC SUPPLY COMPANY ||||
| Number: C2104421 || Date Filed: 3/25/1998 | Status: active |
| Jurisdiction: DELAWARE ||||
| Address ||||
| 7750 DUNLEITH DRIVE ||||
| EAST DUBUQUE, IL 61025 ||||
| Agent for Service of Process ||||
| JEFFREY J HOYT ||||
| 2580 PROGRESS STREET ||||
| VISTA, CA 92083 ||||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.