JOSEPH P. ZAMPI, ESQ. # 110168
GERALD B. DETERMAN, ESQ. # 134905
CHRISTOPHER B. DeSAULNIERS, ESQ. # 213934
Law Firm of Zampi and Associates
225 Broadway, Suite 1450
San Diego, California 92101
Telephone: (619) 231-9920
Facsimile: (619) 231-8529

Attorneys for Plaintiff,
Elizabeth Montiel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MONTIEL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CRESCENT ELECTRIC SUPPLY COMPANY, a corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case Number: 08cv243 DMS<br><br>**CERTIFICATE OF PERSONAL SERVICE FOR MOTION TO DISMISS WITHOUT PREJUDICE** |

I, Krysta J. Steines, certify and declare as follows:

I am over the age of 18 years and not a party to this action. My business address is the Law Firm of Zampi and Associates, 225 Broadway, Suite 1450, San Diego, California 92101, which is located in the city, county and state wherein the mailing described below took place.

On April 4, 2008, I personally served a copy of the Motion to Dismiss Without Prejudice and supporting papers and exhibits on:

Lee A. Morrison
Union Bank of California Building
530 "B" Street, Suite 1410
San Diego, CA 92101-4479

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 4, 2008, at San Diego, California.

_____
KRYSTA J. STEINES