LEE A. MORRISON (SBN #95676)
Union Bank of California Building
530 "B" Street, Suite 1410
San Diego, CA 92101-4479
Tel: (619) 235-2133
Fax: (619) 235-4508

Attorney for Defendant
CRESCENT ELECTRIC SUPPLY COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MONTIEL, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CRESCENT ELECTRIC SUPPLY COMPANY, a corporation; and DOES 1 through 25, inclusive, <br><br> Defendants. | No. 08cv0243 DMS CAB <br><br> **DECLARATION OF JEFFREY HOYT IN OPPOSITION TO MOTION TO DISMISS** <br><br> Hearing Date: May 2, 2008 <br> Hearing Time: 1:30 p.m. <br> Courtroom: 10 |

I, JEFFREY HOYT, declare as follows:

1. I am currently employed with Defendant CRESCENT ELECTRIC SUPPLY COMPANY as a Regional Manager, at its distribution facility in Vista, California, and I am a resident of California.

2. I was not at all involved in the decision to terminate Plaintiff ELIZABETH MONTIEL. I am informed and believe that all decisions with respect to the termination of Plaintiff were made in

///
///
///

Crescent – USDC Decl JH.doc

1

1 the home office of Defendant CRESCENT ELECTRIC SUPPLY COMPANY, located in East
2 Dubuque, Illinois. I did not have knowledge of Ms. MONTIEL's termination until after it occurred.
3      I declare under penalty of perjury that the above statements are true and correct, executed
4 this 15 day of April, 2008, in San Diego County, California.

_____
JEFFREY HOYT

*Lee A. Morrison*
530 "B" Street, Suite 1410
San Diego, CA 92101-4479
(619) 235-2133

Crescent – USDC Decl JH.doc

2

DECLARATION OF JEFFREY HOYT
IN OPPOSITION TO MOTION TO DISMISS