```
 1  LEE A. MORRISON (SBN #95676)
    Union Bank of California Building
 2  530 "B" Street, Suite 1410
    San Diego, CA 92101-4479
 3  Tel: (619) 235-2133
 4  Fax: (619) 235-4508

 5  Attorney for Defendant
    CRESCENT ELECTRIC SUPPLY COMPANY
 6
```

Lee A. Morrison
530 "B" Street, Suite 1410
San Diego, CA 92101-4479
(619) 235-2133

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MONTIEL, an individual, | No. 08cv0243 DMS CAB |
| Plaintiff, | **DECLARATION OF SHEILA UDELHOFEN IN OPPOSITION TO MOTION TO DISMISS** |
| vs. | |
| CRESCENT ELECTRIC SUPPLY COMPANY, a corporation; and DOES 1 through 25, inclusive, | Hearing Date: May 2, 2008<br>Hearing Time: 1:30 p.m.<br>Courtroom: 10 |
| Defendants. | |

I, SHEILA UDELHOFEN, declare as follows:

1. I am, and at all times I have been, employed by Defendant CRESCENT ELECTRIC SUPPLY COMPANY at its home office in East Dubuque, Illinois.

2. I am a Human Resources Representative with CRESCENT ELECTRIC SUPPLY COMPANY and I have personal knowledge of the person responsible for terminating Plaintiff

/ / /

/ / /

/ / /

/ / /

Crescent - USDC Decl SU.doc

1

ELIZABETH MONTIEL. That person was, and is, employed by CRESCENT ELECTRIC in the Human Resources Department at the home office, located in East Dubuque, Illinois. Jeffrey Hoyt was not involved in the decision to terminate Ms. MONTIEL.

I declare under penalty of perjury that the above statements are true and correct, executed this 15th day of April, 2008, in East Dubuque, Illinois.

*[signature]*
SHEILA UDELHOFEN

Lee A. Morrison
530 "B" Street, Suite 1410
San Diego, CA 92101-4479
(619) 235-2133