LEE A. MORRISON (SBN #95676)
Union Bank of California Building
530 "B" Street, Suite 1410
San Diego, CA 92101-4479
Tel: (619) 235-2133
Fax: (619) 235-4508

Attorney for Defendant
CRESCENT ELECTRIC SUPPLY COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MONTIEL, an individual, | No. 08cv0243 DMS CAB |
| Plaintiff, | **DECLARATION OF LEE A. MORRISON IN OPPOSITION TO MOTION TO DISMISS** |
| vs. | |
| CRESCENT ELECTRIC SUPPLY COMPANY, a corporation; and DOES 1 through 25, inclusive, | Hearing Date: May 2, 2008<br>Hearing Time: 1:30 p.m.<br>Courtroom: 10 |
| Defendants. | |

I, LEE A. MORRISON, declare as follows:

1. I am the attorney of record for Defendant CRESCENT ELECTRIC SUPPLY COMPANY.

2. At this point in the proceedings, Defendant CRESCENT ELECTRIC has been required to pay $320.00 for the initial filing fee in the Superior Court action and $350.00 as the initial appearance fee in the U.S. District Court. These expenses will be wasted if this matter is dismissed and a new Superior Court action is commenced, which will require another filing fee. Accordingly, $670.00 in filing fees should be made reimbursable to Defendant.

///

Crescent – USDC Decl LAM.doc

1

The attorney time expended to research and draft opposition papers in connection with the subject motion should also be reimbursed. This time was expended to produce work product that cannot be used in later litigation on the same claim. These are fees that would not have been incurred if Plaintiff had named all targeted defendants, including Jeffrey Hoyt, when filing the initial Superior Court action. I have used 8.5 hours to research and draft the opposition papers, which is billed to the client at $250 per hour. Accordingly $2,125 is reimbursable in attorneys fees. The total sum reimbursable, in fees and costs is $2,795.00.

    I declare under penalty of perjury that the above statements are true and correct, executed this 17th day of April, 2008, in San Diego County, California.

_____
LEE A. MORRISON

Crescent – USDC Decl LAM.doc

2

DECLARATION OF LEE A. MORRISON
IN OPPOSITION TO MOTION TO DISMISS

Lee A. Morrison
530 "B" Street, Suite 1410
San Diego, CA 92101-4479
(619) 235-2133