LEE A. MORRISON (SBN #95676)
Union Bank of California Building
530 "B" Street, Suite 1410
San Diego, CA 92101-4479
Tel: (619) 235-2133
Fax: (619) 235-4508

Attorney for Defendant
CRESCENT ELECTRIC SUPPLY COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MONTIEL, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>CRESCENT ELECTRIC SUPPLY COMPANY, a corporation; and DOES 1 through 25, inclusive,<br><br>    Defendants. | No. 08cv0243 DMS CAB<br><br>**DEFENDANT CRESCENT ELECTRIC SUPPLY COMPANY'S CERTIFICATE OF SERVICE**<br><br>Hearing Date: May 2, 2008<br>Hearing Time: 1:30 p.m.<br>Courtroom: 10 |

Lee A. Morrison certifies and declares as follows:

I am over the age of 18 years and not a party to this action.

My business address is the law offices of LEE A. MORRISON, 530 "B" Street, Suite 1410, San Diego, California 92101-4479, which is located in the city, county and state where the transmission described below took place.

On April 18, 2008, I caused the following documents:

    1. Defendant Crescent Electric Supply Company's Memorandum of Points And Authorities in Opposition to Motion to Dismiss Without Prejudice;

    2. Declaration of Jeffrey Hoyt in Opposition to Motion to Dismiss;

Crescent – USDC Decl DS.doc

1

3. Declaration of Sheila Udelhofen in Opposition to Motion to Dismiss; and

4. Declaration of Lee A. Morrison in Opposition to Motion to Dismiss

to be served on:

>Gerald B. Determan, Esq.
>Christopher B. DeSaulniers, Esq.
>LAW FIRM OF ZAMPI AND ASSOCIATES
>225 Broadway, Suite 1450
>San Diego, CA 92101

who is a registered user of the Cm/ECF system by electronic service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18 day of April, 2008.

>s/Lee A. Morrison
>Attorney for Defendant
>CRESCENT ELECTRIC SUPPLY COMPANY
>Email: lamlaw@msn.com

*Lee A. Morrison*
530 "B" Street, Suite 1410
San Diego, CA 92101-4479
(619) 235-2133

Crescent – USDC Decl DS.doc