JOSEPH P. ZAMPI, ESQ. (SBN 110168)
GERALD B. DETERMAN, ESQ. (SBN 134905)
CHRISTOPHER B. DeSAULNIERS, ESQ. (SBN 213934)
Law Firm of Zampi and Associates
225 Broadway, Suite 1450
San Diego, California 92101
Telephone: (619) 231-9920
Facsimile: (619) 231-8529

Attorneys for Plaintiff
Elizabeth Montiel

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MONTIEL, an individual, | ) Case Number: 08cv243 DMS |
| Plaintiff, | ) **DECLARATION OF CHRISTOPHER B.** ) **DESAULNIERS IN SUPPORT OF** |
| vs. | ) **PLAINTIFF'S REPLY TO DEFENDANT'S** ) **OPPOSITION TO PLAINTIFF'S MOTION TO** |
| CRESCENT ELECTRIC SUPPLY COMPANY, a corporation; and DOES 1 through 25, inclusive, | ) **DISMISS WITHOUT PREJUDICE** |
| Defendants. | ) Date:      May 2, 2008 ) Time:      1:30 p.m. ) Courtroom: 10 ) Judge:     Dana M. Sabraw |

1.   I, Christopher B. DeSaulniers, am an attorney employed with the Law Firm of Zampi and Associates, and am counsel of record for Plaintiff Elizabeth Montiel. The facts set forth herein are true and I will testify to the truth of such facts in a court of law if required.

2.   On or about April 4, 2008, Defendant Crescent Electric Supply Company, through its counsel, forwarded to our offices documents it described as "key documents related to the litigation."

3.   Attached hereto as Exhibit "A" is a true and correct copy of Defendant's documents dated November 2, 2006, and Bates stamped CE00111.

////

////

////

4. Attached hereto as Exhibit "B" is a true and correct copy of Defendant's letter dated November 15, 2006, and Bates stamped CE00110.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of April, 2008 in San Diego, California.

_____
CHRISTOPHER B. DESAULNIERS