JOSEPH P. ZAMPI, ESQ. (SBN 110168)
GERALD B. DETERMAN, ESQ. (SBN 134905)
CHRISTOPHER B. DeSAULNIERS, ESQ. (SBN 213934)
Law Firm of Zampi and Associates
225 Broadway, Suite 1450
San Diego, California 92101
Telephone: (619) 231-9920
Facsimile: (619) 231-8529

Attorneys for Plaintiff
Elizabeth Montiel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MONTIEL, an individual, | Case Number: 08cv243 DMS |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| CRESCENT ELECTRIC SUPPLY COMPANY, a corporation; and DOES 1 through 25, inclusive, | |
| Defendants. | |

I, Krysta J. Steines, certify and declare as follows:

I am over the age of 18 years and not a party to this action. My business address is the Law Firm of Zampi and Associates, 225 Broadway, Suite 1450, San Diego, California 92101, which is located in the city, county and state wherein the service took place.

On April 24, 2008, I caused the following documents: (1) Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion to Dismiss Without Prejudice and (2) Declaration of Christopher B. DeSaulniers in support thereof and exhibits thereto to be served on:

Lee A. Morrison
530 "B" Street, Suite 1410
San Diego, CA 92101-4479
lamlaw@msn.com

////

who is a registered user of the Cm/ECF system by electronic service.

I declare under penalty of perjury that the above is true and correct. Executed on April 24, 2008, at San Diego, California.

                                                  KRYSTA J. STEINES

**CERTIFICATE OF SERVICE**