# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| ELIZABETH MONTIEL, | CASE NO. 08CV0243 |
|---|---|
| Plaintiff, | **ORDER RE: ORAL ARGUMENT** |
| vs. | |
| CRESCENT ELECTRIC SUPPLY COMPANY, | |
| Defendant. | |

Pending before the Court is Plaintiff's motion to dismiss without prejudice, currently scheduled for oral argument on Friday, May 2, 2008. Pursuant to Local Civil Rule 7.1.(d)(1), the Court finds this matter suitable for submission without oral argument. Accordingly, no appearances are required at this time.

**IT IS SO ORDERED.**

DATED: April 28, 2008

_____
HON. DANA M. SABRAW
United States District Judge